IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DON A. LANGFORD,<br><br>           Defendant. | 4:14CR3103<br><br>**ORDER** |

Based on the representations of defendant's counsel, additional time is needed to review this case and prepare for sentencing.

Accordingly,

  IT IS ORDERED:

1)     The defendant's motion to continue sentencing, (Filing No. 15), is granted.

2)     A conference will be held at 11:00 a.m. on February 17, 2015 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss a new sentencing date.

3)     The defendant, his counsel, and counsel for the government shall appear at the hearing.

September 18, 2014.

                                                          BY THE COURT:

                                                         *s/ Cheryl R. Zwart*
                                                         United States Magistrate Judge