IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3103 |
| vs. | |
| DON A. LANGFORD, | ORDER |
| Defendant. | |

On the Court's own motion, with the assent of the parties, the sentencing hearing in this case currently set for February 25, 2016 will be continued in part. At the defendant's request, because some of the defendant's witnesses cannot appear at another time, the sentencing hearing on February 25 shall remain set for the sole purpose of permitting the defendant to present evidence that cannot be presented at the final sentencing hearing that will be set for March 24, 2016.

IT IS ORDERED:

1. An initial sentencing hearing will be held at 10:00 a.m. on February 25, 2016, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

2. A final sentencing hearing will be held on March 24, 2016, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of February, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge