IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DON A. LANGFORD,<br><br>Defendant. | 4:14-CR-3103<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. LAPHEN,<br><br>Defendant. | 4:14-CR-3133<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT G. LUNDSTROM,<br><br>Defendant. | 4:14-CR-3136<br><br>ORDER |

IT IS ORDERED:

1. The government's Unopposed Motion to Amend Restitution Order (No. 4:14-cr-3103 filing 68, No. 4:14-cr-3133 filing 72, No. 4:14-cr-3136 filing 285) is granted.

2. The Court's previous order on restitution (No. 4:14-cr-3136 filing 241) is modified as follows:

   a. Restitution is ordered in the total amount of $3,145,055.

   b. Gilbert G. Lundstrom, James A. Laphen, and Don A. Langford are jointly and severally liable for $500,000 in restitution, and Lundstrom and Laphen shall be jointly and severally liable for the remaining $2,645,055.

3. On or before March 11, 2019, the government shall file with the Court an amended version of its final restitution summary (No. 4:14-cr-3136 filing 237-1).

4. The government shall provide the Clerk of the Court with the necessary contact information for the identified victims listed in the amended restitution summary so that the Clerk can distribute restitution funds.

5. The remaining provisions of the Court's orders on restitution shall remain in effect.

Dated this 4th day of March, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge